## T. L. O'BRYAN v. STATE.

No. A-381.   Opinion Filed January 9, 1911.

APPEAL—Officers—Removal—Jurisdiction.   The Supreme Court has jurisdiction of appeals in prosecutions for the removal of officers.

(Syllabus by the Court.)

*Appeal from District Court, Woodward County; R. H. Loofbourrow, Judge.*

This was a proceeding against Hon. T. L. O'Bryan, County Judge of Woodward county. He was removed from office, and he appealed. Appeal dismissed.

*C. W. Herod, S. M. Smith,* and *D. P. Marum,* for appellant.
*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, PRESIDING JUDGE.   This case has been passed upon by the Supreme Court (26 Okla. 407). There being doubt as to which court had appellate jurisdiction of this class of cases, an appeal was prosecuted to both courts. The Supreme Court took jurisdiction of the case and reversed the judgment of conviction upon the merits. We concur in the opinion that the Criminal Court of Appeals has no jurisdiction in this class of cases. See *State v. Alexander, ante.* This appeal is therefore dismissed.

DOYLE and RICHARDSON, JUDGES, concur.